# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1291
Lower Tribunal No. 19-17316
_____


**Cherry Bekaert, LLP,**
Appellant,

vs.

**David Joffe,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Kogan Law P.A., and Lyudmila Kogan (Hallandale Beach), for appellant.

Law Offices of Oscar Syger, P.A., and Oscar Syger (Boca Raton), for appellee.


Before EMAS, LOGUE, and BOKOR, JJ.

PER CURIAM.

Affirmed.